IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | No. 3:11-00145 |
| | ) | Chief Judge Haynes |
| TACKERETTE BIGBEE, | ) | |
| Defendant. | ) | |

## ORDER

The status conference in this action is **re-set for Friday, February 1, 2013 at 11:00 a.m.**

It is so **ORDERED**.

ENTERED this the _22nd_ day of January, 2013.

_____
WILLIAM J. HAYNES, JR.
Chief Judge
United States District Court