UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| VERSUS ) | |
| ) | No. 3:11-000145-001 |
| ) | CHIEF JUDGE HAYNES |
| ) | |
| TACKERETTE BIGBEE, ) | |
| Defendant. ) | |

*[Handwritten annotation: ORDER — This motion is GRANTED in the interest of justice to allow defense counsel time to file necessary motions. It is so ORDERED. /s/ [signature] USDJ 7-3-13]*

## MOTION FOR CONTINUANCE

Defendant, Tackerette Bigbee, through counsel, moves this Honorable Court for an order continuing both the plea deadline and trial date in this cause. In support of this Motion, Mr. Bigbee would show the Court as follows:

1. The plea deadline in this case is set for July 15, 2013. The trial of this case is scheduled for July 30, 3013. (Document Number 67).

2. On June 21, 2013, Defendant filed a Second Motion to Suppress Evidence in this case. (Document Number 68).

3. The Government filed a response to that Motion on July 3, 2013. (Document Number 69).

4. Legal counsel for the Defendant has conducted several lengthy meetings with Mr. Bigbee, the most recent of which occurred on June 27, 2013. During this meeting, Mr. Bigbee instructed his legal counsel to supplement Defendant's Second Motion to Suppress to include other arguments, which Mr. Bigbee believes to be controlling in this matter.

5. Counsel is now in the process of drafting this Supplemental Second Motion to Suppress.

1