IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | CASE NO. 3:11-00145 |
| | ) | Chief Judge Haynes |
| v. | ) | |
| | ) | |
| TACKERETTE BIGBEE, | ) | |
| | ) | |
| Defendant. | ) | |

**O R D E R**

In accordance with the Memorandum filed herewith, the Defendant's second motion to suppress (Docket Entry No. 68) is **DENIED**.

It is so **ORDERED**.

ENTERED this the 12th day of July, 2013.

WILLIAM J. HAYNES, JR.
Chief Judge
United States District Court