UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | No. 3:11-000145 |
| | ) | Chief Judge Haynes |
| TACKERETTE BIGBEE, | ) | |
| Defendant. | ) | |

## ORDER

In accordance with the Memorandum filed herewith, Defendant Tackerette Bigbee's motion to suppress (Docket Entry No. 75) is **DENIED**.

It is so **ORDERED**.

**ENTERED** this 3nd day of January, 2014.

WILLIAM J. HAYNES, JR.
Chief Judge
United States District Court