IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Case No. 3:11-cr-00145 |
| v. | ) | Senior Judge Haynes |
| | ) | |
| TACKERETTE BIGBEE | ) | |

# ORDER

The plea hearing in this action currently set for Friday, February 27, 2015 is hereby reset for **Monday, March 2, 2015 at 1:00 p.m.** in the United States Courthouse in Nashville, Tennessee.

It is so **ORDERED**.

**ENTERED** this the 27th day of February, 2015.

WILLIAM J. HAYNES, JR.
Senior United States District Judge