IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Case No. 3:11-cr-00145 |
| v. | ) | Senior Judge Haynes |
| | ) | |
| TACKERETTE BIGBEE | ) | |

# ORDER

The sentencing hearing in this action set for Monday, June 15, 2015 is hereby reset for **Monday, June 29, 2015 at 1:30 p.m.** in the United States Courthouse in Nashville, Tennessee.

It is so **ORDERED**.

ENTERED this the ___ day of June, 2015.

WILLIAM J. HAYNES, JR.
Senior United States District Judge