Motion GRANTED.
Sentencing Hearing reset for 10/19/2015 at 11:00 a.m.

UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF TENNESSEE

NASHVILLE DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| | ) | |
| Vs. | ) | No. 3:11-cr-00145 |
| | ) | JUDGE TRAUGHER |
| | ) | |
| **TACKERETTE BIGBEE** | | |

### MOTION TOCONTINUE SENTENCING HEARING

Comes now, David. I. Komisar, counsel for Tackerette Bigbee and respectfully moves this Honorable Court to continue to sentencing hearing set for October 15, 2015 at 1:30 p.m. to any date after October 16, 2015 that is convenient with the Court. In support of this motion counsel would show as follows:

1. Hard as it is to believe, my baby girl is a senior in high school and I am scheduled to take her on a college tour in New York and Rhode Island from October 14, 2015 through October 17, 2015 during her fall break.

2. Counsel is authorized to report that the government is not opposed to this motion so long as the hearing is reset on a date after October 15, 2015.

Respectfully submitted,

s/ David I. Komisar
David I. Komisar
Attorney for Tackerette Bigbee
800 Broadway 3rd Floor
Nashville, Tennessee 37203
615-242-2675